GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel*:
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954)767-4821
E-mail: stephen@smgpa.net

Attorneys for Plaintiff
LIFTED RESEARCH GROUP, INC.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

07 CIV 9473

------------------------------------------------- x
LIFTED RESEARCH GROUP, INC.,            :    CASE NO.
a California corporation,               :
                                        :
       Plaintiff,                       :    **FED. R. CIV. P. 7.1**
                                        :    **DISCLOSURE STATEMENT**
       v.                               :
                                        :
RONALD BROWN d/b/a SUITE235             :
d/b/a SUITE235.COM and DOES 1-10,       :
                                        :
       Defendants.                      :
------------------------------------------------- x

  Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Plaintiff, LIFTED

RESEARCH GROUP, INC., a private (non-governmental) party, certifies that the following are

corporate parents, subsidiaries, and/or affiliates of said party which is not publicly held:

None.

1

Dated: New York, New York
       October 23, 2007

Respectfully submitted,

GIBNEY, ANTHONY & FLAHERTY, LLP

By: _____
John Macaluso, Esq. (JM 2058)
Attorneys for Plaintiff, Chanel, Inc.
665 Fifth Avenue
New York, NY 10022
Telephone: (212) 688-5151
Fax: (212) 688-8315

*Of Counsel*:
**STEPHEN M. GAFFIGAN, P.A.**
Stephen M. Gaffigan
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821