GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail:  jmacaluso@gibney.com

*Of Counsel*:
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone:  (954) 767-4819
Facsimile:  (954)767-4821
E-mail:  stephen@smgpa.net

Attorneys for Plaintiff
LIFTED RESEARCH GROUP, INC.

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | | |
|---|---|---|
| LIFTED RESEARCH GROUP, INC., | : | CASE NO. 07 CV 09473 (RJS) |
| a California corporation, | : | |
| | : | |
| Plaintiff, | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| | : | |
| v. | : | |
| | : | |
| RONALD BROWN d/b/a SUITE235 | : | |
| d/b/a SUITE235.COM and DOES 1-10, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------x

Plaintiff, Lifted Research Group, Inc., hereby gives notice of its voluntary dismissal,

without prejudice, of its claims against all Defendants, pursuant to Rule 41(a)(1), Federal Rules

of Civil Procedure.

1

Dated: New York, New York
      March 12, 2008

Respectfully submitted,

**GIBNEY, ANTHONY & FLAHERTY, LLP**

By: /S/ John Macaluso_____
      John Macaluso, Esq. (JM 2058)
      Attorneys for Plaintiff
      665 Fifth Avenue
      New York, NY 10022
      Telephone:  (212) 688-5151
      Fax: (212) 688-8315


*Of Counsel*:
**STEPHEN M. GAFFIGAN, P.A.**
      Stephen M. Gaffigan
      312 Southeast 17th Street, 2nd Floor
      Ft. Lauderdale, FL 33316
      Telephone:  (954) 767-4819
      Facsimile:  (954)767-4821