GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

MEMO ENDORSED




*Of Counsel*:
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954)767-4821
E-mail: stephen@smgpa.net

Attorneys for Plaintiff
LIFTED RESEARCH GROUP, INC.

**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., a California corporation, Plaintiff, v. RONALD BROWN d/b/a SUITE235 d/b/a SUITE235.COM and DOES 1-10, Defendants. | CASE NO. 07 CV 09473 (RJS) **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Lifted Research Group, Inc., hereby gives notice of its voluntary dismissal, without prejudice, of its claims against all Defendants, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

Dated: New York, New York
March 12, 2008

Respectfully submitted,

GIBNEY, ANTHONY & FLAHERTY, LLP

By: ______________________

John Macaluso, Esq. (JM 2058)
Attorneys for Plaintiff
665 Fifth Avenue
New York, NY 10022
Telephone: (212) 688-5151
Fax: (212) 688-8315

*Of Counsel*:

**STEPHEN M. GAFFIGAN, P.A.**
Stephen M. Gaffigan
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954)767-4821

3/13/08